The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Melanie A. Smith, | Dist. Ct. Case No. 2:25-cv-01045-JNW |
| *Appellant,* | BK No. 24-10218-CMA |
| v. | |
| Michael P. Klein, *the Chapter 7 Trustee,* U.S. Bank Trust, N.A. *as owner for RCF 2 Acquisition Trust,* Deutsche Bank National Trust Company*, as Indenture Trustee on Behalf of the Holders of Terwin Mortgage Trust 2006-8*, *asset-backed securities, Series 2006*-8, and Stephen M. Fry, | WAWB internal appeal No. 25-S006 |
| | ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY |
| *Appellees.* | CLERK'S ACTION REQUESTED |

ORDER GRANTING MOTION
FOR SUBSTUTION OF PARTY

DEVLIN LAW FIRM
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010

1  THIS MATTER having come before the Court on the Motion for Substitution filed by Melanie Ann Smith and the Court having reviewed the motion, the supporting documents, and the record herein, and being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that the Motion for Substitution is GRANTED.

IT IS FURTHER ORDERED that Donald Lee Smith, in his capacity as Administrator of the Estate of Melania Ann Smith, is hereby substituted as the Appellant in this action in place of the decedent, Melanie Ann Smith.

The Clerk of the Court is directed to amend the caption of this case to reflect this substitution.

DATED this 8th day of September, 2025.

_____
Judge Jamal N. Whitehead

Presented by:

DEVLIN LAW FIRM LLC

By: */s/ Christina L. Henry*
Christina L. Henry, WSBA #31273
*chenry@devlinlawfirm.com*
6100 219th St. SW
Ste. 480, PMB 398
Mountlake Terrace, WA 98043-2222
*chenry@devlinlawfirm.com*

1

ORDER GRANTING MOTION
FOR SUBSTUTION OF PARTY

DEVLIN LAW FIRM
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010